HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| "AMY", "VICKY" and "ALICE",<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS LANE PROBSTFELD,<br><br>Defendant. | NO. 3:15-cv-05434-BHS<br><br>DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT<br>NOTE ON MOTION CALENDAR:<br><br>DATE: OCTOBER 16, 2015 |

CAROL L. HEPBURN hereby declares the following to be true and correct under penalty of perjury of the laws of the State of Washington:

1.      I represent the Plaintiffs "Vicky" and "Alice" and am local counsel for "Amy" in this action.  I make this Declaration in support of their motions for a prejudgment writ of attachment of defendant Douglas Lane Probstfeld's ("Defendant's" or "Probstfeld's") real property assets, an order for discovery concerning those assets, and the use of pseudonyms by each of the plaintiffs.

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

2. Plaintiffs request for this writ of attachment is not sought to hinder, delay or defraud any creditor of Defendant.

3. Plaintiffs believe, as explained below, that:

(a) Defendant is indebted to Plaintiffs pursuant to 18 U.S.C. § 2252A(f) and § 2255(a), which provide for compensation to Plaintiffs in an amount not less than $150,000.00 to each plaintiff, as Plaintiffs are victims of Defendant's possession of child pornography images; and,

(b) One or more of the grounds stated in RCW 6.25.030 for issuance of a writ of attachment exists and issuance of a writ herein is consistent with the requirements of Chapter 6.25 RCW.

## I. THE BASIS FOR THE DECLARATION

4. This Declaration is based upon my personal knowledge and the following documents:

(a) Judgment in United States v. Probstfeld (W.D. Wash. 09-cr-5887) a true and correct copy of which is attached hereto as Exhibit 1;

(b) Victim Notices issued by the Department of Justice and received by me on Vicky's behalf, true and correct copies of which are attached hereto as Exhibit 2;

(c) Plaintiff Vicky's Victim Impact Statement ("VIS") and excerpt of her most recent forensic psychological evaluation by Randall Green, PhD, true and correct copies of which are attached hereto as Exhibit 3;

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

(d) True and correct copies of the Judgment in United States v. Gregory Hoffman, United States District Court, District of Nevada, No. 08-cr-00027 and of communications from Hoffman to Plaintiff Vicky attached hereto as Exhibit 4;

(e) A true and correct copy of the Notice provided to Alice by the U.S. Department of Justice of Alice's involvement as a victim in Defendant Probstfeld's criminal case attached hereto as Exhibit 5;

(f) True and correct copies of Plaintiff Alice's Victim Impact Statement ("VIS") and excerpt of her forensic psychological evaluation by Randall Green, PhD attached hereto as Exhibit 6;

(g) A true and correct copy of Government Sentencing Memorandum in US v. Probstfeld (W.D. Wash. 09-CR-05887) attached hereto as Exhibit 7;

(h) Documentation concerning residential real property owned by Defendant: Statutory Warranty Deed, Account Summary from Clark County, Tax Summary from Clark County and Real Estate Excise Tax Affidavit showing Defendant's ownership interest in real property at 3065 NE Second Avenue, Camas, WA 98607, true and correct copies of which are attached hereto as Exhibit 8; and

(i) Documentation concerning an apartment complex owned by Defendant: Statutory Warrant Deed, Property Account Summary from Thurston County Treasurer's Office, Chain of Ownership from Thurston County Office of the Assessor, Thurston County Parcel Search from the Assessor's Office, Washington State Dept. of Revenue State Business Records Database Details, Washington State Corporations Search for Carpenter Crest, L.L.C., Certificate of Existence/Authorization of Carpenter

DECLARATION OF CAROL L. HEPBURN IN
SUPPORT OF MOTION FOR PREJUDGMENT
WRITS OF ATTACHMENT - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

Crest, L.L.C., Annual Reports of Carpenter Crest, L.L.C. from the State of Washington Secretary of State and Limited Liability Company Renewal dated May 22, 2014 and May 14, 2015, and MultiFamily Deed of Trust, Assignment of Rents and Security Agreement regarding Carpenter Crest L.L.C., Subordination, Non-Disturbance and Attorney Agreement, true and correct copies of which are attached hereto as Exhibit 9.

## II.  FACTS

5. I have represented the victim of child pornography known as "Vicky" since 2008. She has designated me to receive on her behalf notices from the Department of Justice concerning the various criminal prosecutions, which include images of her sexual abuse. In that connection, I have received notices on her behalf advising of her status as a victim in the criminal prosecution of Mr. Probstfeld. One such notice is attached hereto at Exhibit 3.

6. As a part of my representation of Vicky, I have obtained copies of her Victim Impact Statements as well as forensic evaluations of the injuries she has suffered as a result of the viewing and distribution of images of her childhood sexual abuse by consumers of child pornography such as Mr. Probstfeld. The evaluations done, which produced reports of psychological, vocational, and economic injury as a result of the viewing and distribution of her images, were submitted to the court in the criminal prosecution of Mr. Probstfeld and formed the basis of the court's original award of restitution to Vicky. Attached as Exhibit 2 are copies of an excerpt of the most recent forensic psychological evaluation of Vicky and her most recent Victim

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 4

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

Impact Statement.  Vicky made a request for restitution in Defendant's criminal prosecution and received a payment of $3,000.00.

7. As a part of my representation of Vicky I have also been made aware of the prosecution and conviction of Gregory Hoffman for online stalking of Vicky.  I also received from Vicky copies of the communications sent to her by Mr. Hoffman who, posing as a 15 year-old boy, made statements including overtures to her about making more pornography with her, his name-calling of her because she turned in the person who abused her originally, and his admission that he searched for her for five years.  Copies of these communications from Hoffman are attached hereto as Exhibit 4 with the Judgment in United States v. Hoffman, United States District Court, District of Nevada, No. 08-CR-00027.

8. I have represented Alice, the victim of the child pornography series previously known as the "Christina Series", for approximately one year.  I have been designated by her to receive on her behalf notices from the Department of Justice concerning the various criminal prosecutions, which include images of her sexual abuse.  Alice has received notice from the Department of Justice of her status as a victim of Defendant Probstfeld.  I have also conducted inquiries with the FBI to obtain the list of prosecutions involving her images, which occurred prior to my representation.  In that connection, I have received confirmation from the FBI advising of her status as a victim in the criminal prosecution of Mr. Probstfeld.  True and correct copies are attached hereto as Exhibit 5.

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 5

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

9. As a part of my representation of Alice, I have obtained a copy of her Victim Impact Statement as well as forensic evaluations of the injuries she has suffered as a result of the viewing and distribution of images of her childhood sexual abuse. Attached as Exhibit 6 are copies of an excerpt of the forensic psychological evaluation of Alice and her Victim Impact Statement. As of the time of Defendant Probstfeld's criminal prosecution, Alice had not yet documented any of her losses and she made no request for restitution in that matter.

10. Amy made a request for restitution in Defendant Probstfeld's criminal prosecution and received a payment of $3,000.00. (See Exhibit 1).

11. The background of Mr. Probstfeld's crime is set forth in the Government Sentencing Memorandum which was filed for record in the criminal case against Mr. Probstfeld and of which a true and correct copy is attached hereto as Exhibit 7.

12. It is Plaintiffs' understanding that Mr. Probstfeld holds an ownership interest in a single-family residence in Camas, Washington. Clark County lists the market value of this property as $475,816.00. Attached as Exhibit 8 hereto is a true and correct copy of the Clark County Assessment records, the Statutory Warranty Deed transferring ownership of this property for no consideration from Douglas Probstfeld, a single man, to Douglas Probstfeld, Trustee of the Douglas Probstfeld Living Trust. The property is located at 3065 NE 2nd Avenue, Camas, Washington 98607-2312 in Clark County, Washington and is legally described as:

> Abbreviated Legal:  SUNSET TERRACE ADDN#1 LOT 1 BLK 5
> .50A M/L

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 6

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

A potion (*sic*) of the David C. Parker Donation Land Claim, also being a portion of Lot 1 of Block 5 of SUNSET TERRACE ADDITION as recorded under Book D at Page 102, being a part of the Southeast quarter of the Northeast quarter of Section 12, Township 1 North, Range 3 East of the Willamette Meridian, Clark County, Washington, described as follows:

BEGINNING at the Southwest corner of Lot 1 of said Block 5, said point also being on the North right of way line of NE 2nd Avenue; thence along said North right of way line South 87°41'00" East 109.88 feet; thence continuing along said North right of way line North 19°35'35" East 14.27 feet; thence continuing along said North right of way line North 83°08'49" East 50.10 feet to the TRUE POINT OF BEGINNING; said point hereinafter referred to as Point "A"; thence North 02°20'50" East 118.33 feet; thence North 87°39'10" West 33.57 feet; thence North 02°20'50" East 235.72 feet to a point on the North line of Lot 1 of said Block 5; thence along the North line of said Lot 1 South 76°06'35" East 83.32 feet to the Northeast corner of the West 50 feet of said Lot 1; thence along the East line of the West 50 feet of said Lot 1 South 02°20'50" West 232.42 feet, more or less, to a point that is 120.00 feet North of the Southeast corner of the West 50 feet of said Lot 1; thence South 87°41'00" East 95.88 feet; thence South 02°20'50" West 101.08 feet, more or less, to the North right of way line of said N.E. 2nd Avenue; thence along said North right of way line North 83°08'49" East 16.91 feet to the TRUE POINT OF BEGINNING and beforementioned Point "A".

TOGETHER WITH AND SUBJECT TO a 30 foot easement for ingress, egress and utilities having 15 on each side of the following described centerline:

BEGINNING at beforementioned Point "A"; thence North 02°20'50" East 118.33 feet to the terminus of said 30 foot easement, the Southerly sides of said 30 foot easement to be shortened or lengthened to terminate on the North right of way line of N.E. 2nd Avenue.

Subject To:  This conveyance is subject to covenants, conditions, restrictions and easements, if any, affecting title, which may appear in the public record, including those shown on any recorded plat or survey.

DECLARATION OF CAROL L. HEPBURN IN
SUPPORT OF MOTION FOR PREJUDGMENT
WRITS OF ATTACHMENT - 7

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

Situated in County of Clark, State of Washington.

Tax Assessor Parcel No.:  091045-896

13. Plaintiffs could find no information as to encumbrances on the Camas residential property.

14. No copy of the Probstfeld Living Trust is available to Plaintiffs.  Plaintiffs have no information concerning the terms of the Douglas Probstfeld Living Trust.

15. Plaintiffs also believe that Mr. Probstfeld is the sole owner of an apartment complex known as Carpenter Crest located at 201 Carpenter Road SE, Lacey, WA 98503.  Thurston County public records show that Mr. Probstfeld was the sole taxpayer on this property until August 22, 2007 when the property was transferred by Mr. Probstfeld via Statutory Warranty Deed to the Carpenter Crest L.L.C.  As recited on this deed, no consideration was given for this transfer.

16. Attached hereto at Exhibit 9 are a true and correct copies of the following documents regarding Carpenter Crest:

- August 22, 2007 Statutory Warrant Deed; pp. 000002-03; showing no consideration paid for transfer;

- Property Account Summary from Thurston County Treasurer's Office; pp. 000005-06; showing assessed value;

- Chain of Ownership from Thurston County Office of the Assessor; p. 000007; showing ownership and market value;

- Thurston County Parcel Search from the Assessor's Office; pp. 000008 - 010;

- Washington State Dept. of Revenue State Business Records Database Details for February 26, 2015; p. 000011;

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 8

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

- Washington State Corporations Search for Carpenter Crest, L.L.C., November 26, 2014; p. 000012; showing Defendant at his residential address as Registered Agent;

- Certificate of Existence/Authorization of Carpenter Crest, L.L.C., March 18, 2015; p. 000013;

- Annual Report regarding Carpenter Crest, L.L.C signed May 22, 2014; pp. 000014-016; showing Defendant as the Registered Agent and sole "Managing Member" of the Carpenter Crest L.L.C.;

- Annual Report of Carpenter Crest, L.L.C. dated May 14, 2015; pp. 000017-021; showing Defendant as Registered Agent and Managing Member at his home address;

- Multifamily Deed of Trust, Assignment of Rents and Security Agreement recorded July 1, 2008; pp. 000022-060; showing encumbrance of $4,382,000.00 on the property;

- Assignment of Security Interest dated June 25, 2008; pp. 000061-064; and

- Subordination, Nondisturbance and Attornment Agreement dated June 25, 2008; pp. 000065-070.

17. The address of the Carpenter Crest, L.L.C. listed with the Thurston County Treasurer real property tax records is the Camas residential address owned by Mr. Probstfeld referenced above in paragraph 11. The principal place of business for Carpenter Crest, L.L.C., as listed in its June 10, 2015 Annual Report filed with the Washington State Secretary of State is the Camas residential address owned by Defendant Probstfeld referenced above in paragraph 11.

18. The registered agent and Managing Member of the Carpenter Crest, L.L.C., as listed in its May 22, 2014 and May 14, 2015 Annual Reports filed with the

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 9

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

Washington State Secretary of State is Douglas Probstfeld, and his office street address is the Camas residential address referred to above in paragraph 11.

19.     The legal description of the Carpenter Crest apartment complex is as follows:

Abbreviated Legal:  lot 4 of SS-6041 and Part of SW NW 15-18-1W

Located at 201 Carpenter Road SE, Lacey, WA 98503

Parcel 4 of Short Subdivision No. SS-6041, recorded June 9, 1978, under Auditor's File No. 1040552;

AND

That part of the Southwest quarter of the Northwest quarter of Section 15, Township 18 North, Range 1 West, W.M., described as follows: Beginning at a point on the South line of said subdivision, North 89° 43' 30" East 865.82 feet from its Southwest corner; running thence North 0° 16' 30" West 209 feet and East to the East line of said Southwest quarter of the Northwest quarter; thence South to the Southeast corner of said subdivision; thence West along said South line to the point of beginning; excepting therefrom county road known as Carney Road along the East boundary thereof; also excepting therefrom the South 75 feet of the West 810 feet of the East 350 feet of the Southwest quarter of the Northwest quarter of Section 15, Township 18 North, Range 1 West, W.M.

SUBJECT TO AND TOGETHER WITH all easements, reservations, restrictions and other matters of public record including, without limitation, the encumbrances identified in Appendix 1 annexed hereto and by reference incorporated herein.

Situated in County of Thurston, State of Washington.

Tax Assessor Parcel No.:  1181-52-30300

Exhibit 9, pp 000002-03.

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 10

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

20. Plaintiffs understand that the value of the Carpenter Crest Apartment Complex as listed by Thurston County is $5,899,900.00.  Exhibit 9, p.000006.  An encumbrance in the form of a Multifamily Deed of Trust, Assignment of Rents and Security Agreement is recorded against the property to secure a listed debt of $4,382,000.00, which matures in July 1, 2018.  Exhibit 9, pp. 000022.  The 2007 Deed Appendix lists two additional encumbrances.  Plaintiff is not informed as to whether these encumbrances remain on the property, nor as to whether the debt listed is current or in default.

21. Plaintiffs anticipate that, should this matter be fully litigated, attorneys' fees and costs could easily exceed $200,000.00.  Documented economic losses for each of the three plaintiffs at this time are as follows:

> Amy:  $3,367,854.00;
>
> Vicky:  $995,080.00; and
>
> Alice:  $257,100.00.

Given that the floor of damages pursuant to 18 U.S. C. §2255 is $150,000.00 for each of the plaintiffs and that the statute provides for shifting of fees and costs, Plaintiffs' counsel believes that security in excess of $1 million would be appropriate to include the residential property, which apparently has no prior encumbrance at the present time.

//

//

//

DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF MOTION FOR PREJUDGMENT WRITS OF ATTACHMENT - 11

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  DATED this 28th day of September, 2015, at Seattle, Washington.

2  　　　　　　　　　　　　　　　　　　CAROL L. HEPBURN, P.S.

3

4  　　　　　　　　　　　　　　　　　　 /Carol L. Hepburn_____
　　　　　　　　　　　　　　　　　　　Carol L. Hepburn
5  　　　　　　　　　　　　　　　　　　2722 Eastlake Avenue East, #200
　　　　　　　　　　　　　　　　　　　Seattle, WA  98102
6  　　　　　　　　　　　　　　　　　　 (206) 957-7272
　　　　　　　　　　　　　　　　　　　π(206) 957-7273 fax
7  　　　　　　　　　　　　　　　　　　Email:  carol@hepburnlaw.net
　　　　　　　　　　　　　　　　　　　Of attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF CAROL L. HEPBURN IN
SUPPORT OF MOTION FOR PREJUDGMENT
WRITS OF ATTACHMENT - 12

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
2722 EASTLAKE AVENUE E, SUITE 200
SEATTLE, WA 98102
TEL: (206) 957-7272 / FAX: (206) 957-7273