# EXHIBIT 5



September 20, 2010

**U.S. Department of Justice**
United States Attorney's Office
Western District of Washington
700 Stewart Street
Suite 5220
Seattle, WA  98101-1271
Phone: (206) 553-1164
Fax: (206) 553-4649



Re: United States v. Douglas Probstfeld
   Case Number 2009R01233 and Court Docket Number: 09-CR-05887

Dear ▇▇▇▇▇▇▇▇

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. You have been identified to receive notifications for ▇▇▇▇▇▇▇▇▇▇ This notice provides information about the above-referenced criminal case.

Defendant Douglas Probstfeld has been sentenced by the Court. The Court ordered the defendant to the following:

Followed by Supervised Release of 10 year(s)
Special Assessment of $100.00

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS web site at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your contact information to include a current email address, VNS will send information to that email address.  In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '2802578' and Personal Identification Number (PIN) '2795' anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Emmerson.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Debbie Lee
Victim Witness Coordinator